MICHAEL P. BENDER v. LINDA G. SPENCER.

July 6, 1983.

Petition for certification denied.

MANTUA HEIGHTS RESIDENTS ASSOCIATION, INC. v.
MANTUA TOWNSHIP MUNICIPAL UTILITIES
AUTHORITY.

July 6, 1983.

Petition for certification denied.

ELIZABETH C. REILLY v. CHARLES C. REILLY.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ARCENIO PEREZ.

July 6, 1983.

Petition for certification denied.